IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 23-cv-00998-CNS-STV | Date: August 17, 2023 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| Parties | Counsel |
|---|---|
| COLUMBIA CASUALTY COMPANY<br>**Plaintiff**<br><br>v.<br><br>VALOR HEALTH NETWORK LLC<br>VALOR HEALTH NETWORK MANAGEMENT SERVICES LLC<br>HEART LIVING CENTERS OF COLORADO LLC<br>HRE COLORADO SPRINGS LLC<br>DAVID K. REED<br>KURT RAVENSTEIN<br>**Defendants** | *Dennis Kadian via VTC*<br><br><br><br><br><br><br><br><br>*Stewart Cables* |

### COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session:  12:58 p.m.

Appearance of counsel.

Discussion held on default as it applies to the defendants that have been served but have not yet answsered.

Argument as to [32] Defendant Kurt Ravenstein's Motion to Dismiss Plaintiff's Third Claim for Relief Pursuant to Rule 12(b)(6) given by Mr. Cables and Mr. Kadian.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:   [32] Defendant Kurt Ravenstein's Motion to Dismiss Plaintiff's Third Claim for Relief Pursuant to Rule 12(b)(6) is DENIED.**

**ORDERED:   Settlement conference with the Magistrate Judge is authorized.**

Discussion held on discovery in the related Kansas case.

**ORDERED:   Answer due within 20 days from today.**

Additional discussion held on discovery in the related Kansas case.

Court in Recess:  1:30 p.m.            Hearing concluded.            Total time in Court:  00:32